JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KENNETH GRAHAM,

           Petitioner

     v.

L.J. MILUSNIC,

           Respondent.

Case No. CV 19-9806-DOC (GJS)

JUDGMENT

     Pursuant to the Court's Order Dismissing Petition Without Prejudice,

     IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:  November 20, 2019

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE